MATTER OF VILLAGE OF WESTFIELD, Appellant, *v.* MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued May 24, 1943; decided June 18, 1943.

*Albert R. Connelly* and *George S. Collins* for appellant.

*Gay H. Brown* and *George H. Kenny* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.